749 A.2d 888

ROBERT KUSZNIKOW AND SUSAN KUSZNIKOW, H/W, PLAINTIFFS–APPELLANTS, v. TOWNSHIP COUNCIL OF THE TOWNSHIP OF STAFFORD AND THE STAFFORD TOWNSHIP MUNICIPALITIES UTILITIES AUTHORITY, DEFENDANTS–RESPONDENTS.

Superior Court of New Jersey
Appellate Division

Argued April 12, 2000—Decided April 26, 2000.

Before Judges KING, CARCHMAN and LINTNER.

*Joseph D. Youssouf*, argued the cause for appellants.

*Charles W. Hutchinson,* argued the cause for respondent Township Council of the Township of Stafford (*Gilmore & Monahan,* attorneys; *Mr. Hutchinson,* on the brief).

*Gregory P. McGuckin,* argued the cause for respondent Stafford Municipal Utilities Authority (*Dasti, Murphy, Wellerson & McGuckin,* attorneys; *Mr. McGuckin,* on the brief).

PER CURIAM.

The judgment in the Law Division is affirmed for the reasons stated in the opinion of Judge Serpentelli at 322 *N.J.Super.* 323, 730 *A.*2d 930 (Law Div.1999). *See Stern v. Halligan,* 158 *F.*3d 729 (3rd Cir.1998).